**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**


**JAYCE WINGO,**

      **Plaintiff,**

   **v.**

**CITY OF CHILLICOTHE,** *et al.*,

      **Defendants.**

           **Civil Action 2:25-cv-533**
           **Chief Judge Sarah D. Morrison**
           **Magistrate Judge Chelsey M. Vascura**


**ORDER**

This matter is before the Court on a Notice filed by Nathan Stuckey, counsel for Plaintiff, informing the Court that his firm's address has changed. (ECF No. 32.) Mr. Stucky is **ORDERED** to update his firm's address in his PACER account as soon as is practicable.


    **IT IS SO ORDERED.**


           /s/ *Chelsey M. Vascura*
           CHELSEY M. VASCURA
           UNITED STATES MAGISTRATE JUDGE